IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION
CASE NO. _____

JERIT SHEETS                                                                                         PLAINTIFF

v.                                           **NOTICE OF REMOVAL**

WHOLE FOODS MARKET GROUP, INC.                             DEFENDANT

**** **** ****

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant, Whole Foods Market Group, Inc. d/b/a Whole Foods Market ("Defendant" or "Whole Foods"), by counsel, hereby files this notice to remove an action pending against it in the Circuit Court of Fayette County, Kentucky, to the United States District Court for the Eastern District of Kentucky, Lexington Division. In support of this removal, Defendant states as follows:

**Background**

1. Plaintiff, Jerit Sheets ("Sheets" or "Plaintiff"), filed this action on August 17, 2011, in the Circuit Court of Fayette County, Kentucky, said action being designated Civil Action No. 11-CI-4252 (the "State Court Action"). A copy of the Complaint in the State Court Action (the "Complaint"), along with the summons and all other pleadings in the State Court Action, is attached as Exhibit A.

2. Plaintiff is a former Whole Foods employee who seeks alleged damages in connection with the termination of his employment. Plaintiff's Complaint alleges a causes of action for disability discrimination.

3. Whole Foods received service of the Complaint and process on August 22, 2011.

**Diversity Jurisdiction**

4. As provided in 28 U.S.C. § 1332(a), federal courts have original jurisdiction over all civil actions in which the action is between citizens of different states and the amount in controversy exceeds $75,000 exclusive of interests and costs. See 28 U.S.C. § 1332(a).

5. This action is between citizens of different states.

6. Plaintiff alleges in his Complaint to be a resident of Kentucky. [Compl. ¶ 1.]

7. Defendant, Whole Foods Market Group, Inc., is a corporation organized under the laws of the state of Delaware, with its principal place of business located at 550 Bowie Street, Austin, Texas 78703. [Compl. ¶ 2.]

8. Plaintiff seeks damages in an unspecified amount for lost wages and benefits, embarrassment and humiliation, punitive damages, and attorney's fees and expenses.

9. Based upon the types of damages that Plaintiff seeks, and upon information and belief, the amount in controversy, exclusive of interest and costs, exceeds the sum of $75,000.

**Venue**

10. Venue is proper in this Court pursuant to 28 U.S.C. § 1441(a) because the United States District Court for the Eastern District of Kentucky, Eastern Division is the federal judicial district embracing the Circuit Court of Fayette County, Kentucky, in which the State Court Action was originally filed.

**Timely Filing**

11. This Notice of Removal is timely filed in compliance with 28 U.S.C. § 1446(b) because it is filed within 30 days after August 22, 2011, the date on which Whole Foods received service of the Complaint in the State Court Action.

**Procedural Requirements**

12.   Pursuant to 28 U.S.C. § 1446(a), true and correct copies of all process, pleadings, and orders served upon Whole Foods in the State Court Action are collectively attached to this Notice as Exhibit A.

13.   Pursuant to 28 U.S.C. § 1446(d), Whole Foods has filed this Notice with this Court, is serving a copy of this Notice upon counsel for Plaintiff, and is filing a copy of this Notice with the Circuit Court of Fayette County, Kentucky.

14.   This Notice of Removal has been verified by Cynthia Blevins Doll, counsel for Defendant herein, pursuant to 28 U.S.C. § 1446(a) and Rule 11 of the Federal Rules of Civil Procedure.

WHEREFORE, Defendant, Whole Foods Market Group, Inc., removes this action from the Circuit Court of Fayette County, Kentucky, to the United States District Court for the Eastern District of Kentucky, Lexington Division.

Respectfully submitted,

*s/ Laurel K. Cornell*
Cynthia Blevins Doll
Laurel K. Cornell
FISHER & PHILLIPS LLP
220 West Main Street, Suite 2000
Louisville, Kentucky  40202
Phone:  (502) 561-3990
Fax:  (502) 561-3991
cdoll@laborlawyers.com
lcornell@laborlawyers.com

COUNSEL FOR DEFENDANT,
WHOLE FOODS MARKET GROUP, INC.

## **CERTIFICATE OF SERVICE**

 I hereby certify that a true and correct copy of the foregoing Notice of Removal was served, via first class U.S. Mail, postage pre-paid, on September 7, 2011, upon the following:

 G. Edward Henry, II
 HENRY WALZ GARDNER &
 SELLARS, PLLC
 401 West Main Street, Suite 314
 Lexington, Kentucky  40507
 Telephone:  (859) 253-1320
 Fax:  (859) 255-8316
 E-mail:  geh@hwgsg.com

 COUNSEL FOR PLAINTIFF

            *s/ Laurel K. Cornell*
            COUNSEL FOR DEFENDANT,
            WHOLE FOODS MARKET GROUP, INC.