# Exhibit A

COMMONWEALTH OF KENTUCKY
FAYETTE CIRCUIT COURT
CIVIL BRANCH
___7___ DIVISION
CIVIL ACTION NO. 11-CI-4252

**JERIT SHEETS**     PLAINTIFF

VS.

AUG 17 2011

**WHOLE FOODS MARKET GROUP, INC.**     DEFENDANT
d/b/a WHOLE FOODS MARKET
   SERVE: CT Corporations System
          306 West Main Street, Suite 512
          Frankfort, KY 40601

## COMPLAINT

Comes the Plaintiff, Jerit Sheets, by counsel, and for his Complaint herein states as follows:

1. That he is a resident of the State of Kentucky and resides in Mercer County, Kentucky.

2. That Whole Foods Market Group, Inc., is a foreign corporation authorized to do business in the State of Kentucky and does so under an assumed name of Whole Foods Market. The address for Whole Foods Market Group, Inc. is 550 Bowie Street, Austin, Texas 78703. Its agent for service of process is CT Corporations System, 306 West Main Street, Suite 512, Frankfort, Kentucky 40601.

3. That the Plaintiff Jerit Sheets was an employee of Whole Foods Market Group, Inc., ("Whole Foods") in Lexington, Fayette County, Kentucky, with a specific employment address of 161 Lexington Green Circle, Lexington, Kentucky 40503.

4. That the Plaintiff Jerit Sheets was an employee of Whole Foods as defined by KRS 344.030(5).

5. That the Plaintiff Jerit Sheets had a disability as defined by KRS 344.010(4) in that he had a physical and mental impairment that substantially limits one or more of the major life activities of Jerit Sheets.

6. That the Plaintiff, Jerit Sheets, is a qualified individual with a disability as defined by KRS 344.030(1) in that he could perform the essential functions of his employment position with reasonable accommodations.

7. That the Defendant Whole Foods is an employer within the definition of KRS 344.030(2) and it has fifteen or more employees for each working day and each of the twenty or more calendar weeks in the current and proceeding year.

8. That the Plaintiff Jerit Sheets was an employee at Whole Foods in the meat department most recently holding the position of meat apprentice from which he was terminated on May 10, 2011.

9. That the Plaintiff Jerit Sheets was unlawfully terminated from his employment by Whole Foods because said termination was based upon and due to his disability of dyslexia. Whole Foods was aware that the Plaintiff Jerit Sheets was suffering from the condition of dyslexia which directly impacted his ability to perform certain portions of his job functions. Jerit Sheets further had requested accommodations from Whole Foods, said accommodations being refused or ignored leading up to and including the date of his termination on May 10, 2011.

10. That the Defendant Whole Foods failed to reasonably accommodate the disability of Jerit Sheets and it would not have experienced an undue hardship in performing any and all reasonable accommodations that would have allowed Jerit Sheets to perform the essential functions of his job in order to continue his employment with Whole Foods.

11. That as a result the unlawful termination by Whole Foods, Jerit Sheets has lost wages, past, present and future; lost employment benefits, past, present and future; made to suffer embarrassment and humiliation of past, present and future; and other damages available to him which are far in excess of the jurisdictional limits of this Court.

12. That in order to prevent Whole Foods from taking such unlawful action in the future, Whole Foods should be ordered to pay to Jerit Sheets exemplary and punitive damages in an amount in excess of the jurisdictional limits of this Court.

WHEREFORE, the Plaintiff, Jerit Sheets, respectfully requests as follows:

1. That he be awarded damages in excess of the jurisdictional limits of this Court for his lost wages, loss of employment benefits, embarrassment and humiliation, punitive and other damages set forth in his Complaint herein.

2. That he be granted his court costs and expenses incurred herein.

3. That he be granted his attorney's fees incurred herein pursuant to applicable law.

4. That he be granted a TRIAL BY JURY on all issues of fact so triable.

5. That he granted any and all other relief to which he may appear entitled.

Respectfully submitted,

*/s/ G. Edward Henry, II*

G. Edward Henry, II
HENRY WATZ GARDNER &
SELLARS, PLLC
401 West Main Street, Suite 314
Lexington, Kentucky 40507
Telephone: 859-253-1320
Facsimile: 859-255-8316
E-Mail: geh@hwgsg.com
ATTORNEYS FOR PLAINTIFF

| AOC-105   Doc. Code: CI | | Case No. 11-CI-4252 |
|---|---|---|
| Rev. 1-07 Page 1 of 1 Commonwealth of Kentucky Court of Justice   www.courts.ky.gov CR 4.02; CR Official Form 1 | **CIVIL SUMMONS** | Court  ☑ Circuit ☐ District |
| | | County  Fayette |

**PLAINTIFF**

JERIT                                           SHEETS
377 Gash Road

Salvisa                  Kentucky                  40372

VS.

**DEFENDANT**

WHOLE FOODS MARKET GROUP, INC.
d/b/a WHOLE FOODS MARKET
550 Bowie Street
Austin                    Texas                    78703

**Service of Process Agent for Defendant:**
CT Corporations Systems
306 West Main Street
Suite 512
Frankfort                                  Kentucky           40601

**THE COMMONWEALTH OF KENTUCKY**
**TO THE ABOVE-NAMED DEFENDANT(S):**

You are hereby notified a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf** within **20 days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached Complaint.

The name(s) and address(es) of the party or parties demanding relief against you are shown on the document delivered to you with this Summons.

Date: AUG 1 7 2011, 2____

WILMA F. LYNCH
FAYETTE CIRCUIT COURT                                    _____ Clerk
FAYETTE COUNTY                                           _____ D.C.
120 N. LIMESTONE STREET C103
LEXINGTON, KENTUCKY 40507

---

**Proof of Service**

This Summons was served by delivering a true copy and the Complaint (or other initiating document) to:

_____

this ____ day of _____, 2____.

Served by: _____

_____ Title



# CT Corporation

**Service of Process Transmittal**
08/22/2011
CT Log Number 519028517

**TO:** Roberta Lang
Whole Foods Market, Inc.
550 Bowie Street
Austin, TX 78703

**RE:** Process Served in Kentucky

**FOR:** Whole Foods Market Group, Inc. (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

**TITLE OF ACTION:** Jerit Sheets, Pltf. vs. Whole Foods Market Group, Inc., etc., Dft.

**DOCUMENT(S) SERVED:** Summons, Complaint

**COURT/AGENCY:** Fayette County Circuit Court, KY
Case # 11CI4252

**NATURE OF ACTION:** Employee Litigation - Discrimination - On the basis of disability - Wrongful Termination on May 10, 2011

**ON WHOM PROCESS WAS SERVED:** C T Corporation System, Frankfort, KY

**DATE AND HOUR OF SERVICE:** By Process Server on 08/22/2011 at 09:59

**JURISDICTION SERVED:** Kentucky

**APPEARANCE OR ANSWER DUE:** Within 20 days

**ATTORNEY(S) / SENDER(S):** G. Edward Henry, II
Henry Watz Gardner & Sellars, PLLC
401 West Main Street, Suite 314
Lexington, KY 40507
859.253.1320

**REMARKS:** Please note that the process server underlined, circled, initialed and/or highlighted the entity being served prior to receipt by CT Corporation System to reflect the name of the intended recipient.

**ACTION ITEMS:** CT has retained the current log, Retain Date: 08/22/2011, Expected Purge Date: 08/27/2011
Image SOP
Email Notification, Email Process SOP@WHOLEFOODS.COM
Email Notification, Roberta Lang Sarah.Krause@wholefoods.com

**SIGNED:** C T Corporation System
**PER:** Amy McLaren
**ADDRESS:** 306 W. Main Street
Suite 512
Frankfort, KY 40601
**TELEPHONE:** 800-592-9023

Page 1 of 1 / MP

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.