Eastern District of Kentucky
**FILED**

MAY 1 6 2012

AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION
CASE NO. 5:11-cv-00285-JBC

JERIT SHEETS                                                              PLAINTIFF

v.                       **<u>AGREED ORDER OF DISMISSAL</u>**

WHOLE FOODS MARKET GROUP, INC.                       DEFENDANT

**** **** ****

By agreement of the Plaintiff, Jerit Sheets, and Defendant, Whole Foods Market Group, Inc., by counsel, and the Court being otherwise duly and sufficiently advised,

**IT IS HEREBY ORDERED AND ADJUDGED**, that this action be and is hereby, **DISMISSED WITH PREJUDICE**, each party to pay his or its own attorney's fees and costs. This is a final Order.

Signed on this ___16th___ day of May, 2012.

_Jennifer B. Coffman_
Jennifer B. Coffman
United States District Judge

TENDERED BY:


*/s/ G. Edward Henry, II (by LKC w. consent)*
G. Edward Henry, II
HENRY WATZ GARDNER & SELLARS, PLLC
401 West Main Street, Suite 314
Lexington, Kentucky  40507
Telephone:  (859) 253-1320
Facsimile:  (859) 255-8316


***Counsel for Plaintiff, Jerit Sheets***

*/s/ Laurel K. Cornell*
Cynthia Blevins Doll
Laurel K. Cornell
FISHER & PHILLIPS LLP
220 West Main Street, Suite 2000
Louisville, KY  40202
Telephone: (502) 561-3990
Facsimile: (502) 561-3991


***Counsel for Defendant, Whole Foods Market Group, Inc.***